IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALTAIR LOGIX LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | )  C.A. No. 19-1192-MN |
| VIEWSONIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1).  Subject to the Court's approval, Plaintiff requests that Defendant's time to file its response to the Complaint be extended up to and including September 16, 2019.  The reason for this second requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint, consult with their clients, and consider an appropriate response.  No party will be prejudiced by this brief extension.

{01466879;v1 }

| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES |
|---|---|
| */s/ Stamatios Stamoulis* | */s/ John G. Day* |
| Stamatios Stamoulis (#4606)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com | John G. Day (#2403)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com |
| *Attorneys for Plaintiff*<br>*Altair Logix LLC* | *Attorneys for Defendant*<br>*Viewsonic Corporation* |
| *Of Counsel*: | *Of Counsel:* |
| David R. Bennett<br>DIRECTION IP LAW<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>(312) 291-1667<br>dbennett@directionip.com | Robert J. Benson<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA  92614-8255<br>(949) 567-6700 |

**SO ORDERED**, this _____ day of August, 2019.

_____
United States District Court Judge